UNITED STATES of America,
Plaintiff–Appellee,

v.

Alfredo CANDANOZA–RUIZ,
Defendant–Appellant.

No. 15–41091
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/02/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Alfredo Candanoza–Ruiz, Yazoo City, MS, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alfredo Candanoza–Ruiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Candanoza–Ruiz has filed a response. We have reviewed counsel's brief, relevant portions of the record reflected therein, and Candanoza–Ruiz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.